Motion Granted; Appeal Dismissed and Memorandum
Opinion filed February 10, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00970-CV

____________

 

WENDY CORONA, Appellant

 

V.

 

POST-NEWSWEEK STATIONS, HOUSTON, INC.; POST-NEWSWEEK
STATIONS, HOUSTON, LP (KPRC); POST-NEWSWEEK STATIONS, INC.; WASHINGTON POST
CO.; WASHINGTON POST NEWSWEEK INTERACTIVE COMPANY, LLC; LARRY BLAKERBY;
FREDERICK “SKIP” VALET; AND NANCY SHAFRAN, Appellees

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2009-38815

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 31, 2010.  On February 3, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Seymore and
McCally.